HELEN SPEER, Appellant, v. SAMUEL STEINFELD and LEO STEINFELD, Respondents.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office October 24, 1917, granting the defendants' motion for a bill of particulars in certain respects and as to others denying the same.

PER CURIAM: The order appealed from is modified by striking from item No. 3 of the demand for a bill of particulars the following: " When, where and in what manner defendants neglected, refused and failed to manufacture a reasonable quantity of said furniture and articles for sale; " and " when, where and in what manner, and what articles of furniture defendants neglected, failed and refused to burn in, stencil, label or brand in a suitable manner, and to whom and when large orders were sold and distributed by defendants without such imprint, denoting that said furniture was designed by plaintiff, and the amount of such orders; and the names and addresses of the persons giving such orders to defendants." And by striking out item 5. And as so modified affirmed, without costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.    Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.

ROSA WULFF, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office November 20, 1917, granting a motion to resettle an order setting aside a verdict and ordering a new trial.

PER CURIAM: The order appealed from is modified by imposing the following terms as conditions for the granting of the resettlement of the order desired: (1) That plaintiff be allowed to discontinue her appeal from the original order without costs; (2) that plaintiff be allowed to withdraw the papers heretofore filed on said appeal and that defendant return such papers therein as may have been served on it, and (3) that defendant pay for the printing of plaintiff's brief on the appeal from the original order, and of the resettled order upon a new appeal; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.    Order modified as stated in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellant.    Order to be settled on notice.